# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA JEAN ROBERTS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:18-cv-0604 - JLT<br><br>ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED OCTOBER 3, 2018<br><br>(Doc. 9) |

On October 10, 2018, the Court issued an order directing Plaintiff to show cause why the action should not be dismissed. (Doc. 9) In the alternative, Plaintiff was directed to serve Defendant with a confidential letter brief and file proof of service with the Court. (*Id.* at 2) Plaintiff filed a timely response, indicating the letter brief was served. (Doc. 10) Accordingly, the Court **ORDERS**: The Order to Show Cause dated October 10, 2018 (Doc. 9) is **DISCHARGED**.

IT IS SO ORDERED.

Dated: __**October 16, 2018**__　　　　　　　__**/s/ Jennifer L. Thurston**__
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE