# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA JEAN ROBERTS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No.: 1:18-cv-0604 - JLT<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME<br><br>(Doc. 15) |

　　　　On January 14, 2019, Plaintiff filed a motion for a seven-day extension of time to file her opening brief. (Doc. 15) Defendant does not oppose the request for the brief extension, and it does not appear Defendant would suffer any prejudice through the delay.

　　　　Good cause appearing, the Court **ORDERS**:

　　　　1.　　Plaintiff's request for a second extension of time is **GRANTED**; and

　　　　2.　　Plaintiff **SHALL** file an opening brief in reply no later than **January 23, 2019**.

IT IS SO ORDERED.

　　Dated:　**January 16, 2019**　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE