|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| PAULA JEAN ROBERTS, | ) Case No.: 1:18-cv-0604 - JLT |
|---|---|
| Plaintiff, | ) ORDER GRANTING DEFENDANT'S REQUEST |
| v. | ) FOR AN EXTENSION OF TIME |
| NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security, | ) (Doc. 18) |
| Defendant. | ) |

On February 19, 2019, Defendant filed a request for an extension of time to respond to Plaintiff's opening brief. (Doc. 18) The Scheduling Order allows for a single extension of thirty days by the stipulation of the parties (Doc. 4 at 4), which was previously used by Plaintiff in this action. (Docs. 13, 14)

Beyond the single extension by stipulation, "requests to modify [the scheduling] order must be made by written motion and will be granted only for good cause." (Doc. 3-1 at 4) Accordingly, the Court construes the stipulation of the parties to be a motion by Defendant to amend the scheduling order. Defendant asserts the extension is necessary because counsel had unexpected leave "after being injured as a pedestrian by a motor vehicle," as well as losing work time due to training "on the new medical regulations." (Doc. 18 at 1) Plaintiff does not oppose the request for an extension (*id.* at 2), and it does not appear Plaintiff would suffer any prejudice from the schedule amendment.

1

Good cause appearing, the Court **ORDERS**:

1. Defendant's request for an extension of time is **GRANTED**; and
2. Defendant **SHALL** file a response to Plaintiff's opening brief in reply no later than **March 25, 2019**.

IT IS SO ORDERED.

Dated: **February 21, 2019**             **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE