# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULA ROBERTS, </br>         Plaintiff, </br> v. </br> ANDREW SAUL, </br>Commissioner of Social Security, </br>         Defendant. | Case No.: 1:18-cv-0604 - JLT </br></br> ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT </br></br> (Doc. 24) |

Paula Roberts and Andrew Saul, Commissioner of Social Security, stipulated for the award and payment of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (Doc. 24) Subject to the terms of the stipulation, the Court **ORDERS** fees in the total amount of $5,397.27 are **AWARDED** to Plaintiff Paula Roberts.

IT IS SO ORDERED.

Dated: **November 4, 2019**         **/s/ Jennifer L. Thurston**
                                                             UNITED STATES MAGISTRATE JUDGE